J S - 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN AND DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>        Plaintiff,<br><br>   v.<br><br>RED HANDLE PRODUCTIONS, LLC, and DOES 1 through 10,<br><br>        Defendants. | Case No. 2:20-cv-00501-JWH-MAAx<br><br>**JUDGMENT** |

Pursuant to the Order filed concurrently herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiff Directors of the Motion Picture Industry Pension Plan and Directors of the Motion Picture Industry Health Plan shall have **JUDGMENT** in its favor, and against Defendant Red Handle Productions, LLC, in the amount of **$24,143.83**.

2. Fictitiously named Defendants Does 1 through 10 are **DISMISSED**.

3. To the extent that any party seeks any other form of relief, it is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 26, 2021

John W. Holcomb
UNITED STATES DISTRICT JUDGE